# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                                   )
         v.                      )       Case No.  1:08-cr-55-SJM
                                   )
JEREMY NOYES             )

## O R D E R

AND NOW, this 15th Day of August, 2011, IT IS ORDERED that the order of forfeiture in this case shall be, and hereby is, STAYED until the completion of the appeals process pursuant to Federal Rule of Criminal Procedure 32.2(d).


                                       s/     <u>Sean J. McLaughlin</u>

                                          Sean J. McLaughlin
                                          United States District Judge


cc:     All parties of record.